### John I. Wagner vs. Henry Adams.

It is not necessary that the plaintiff should *himself* execute a bond for security for costs, two sufficient sureties will do.

*Motion by defendant to set aside or vacate the bond filed in this cause for security for costs*—The plaintiff was a non resident, and the bond filed was executed by two persons *without the plaintiff.*

H. Adams, *Defts Counsel.*              Lobdell and Adams, *Defts Attys.*
J. Newland, *Plffs Counsel.*              Hammond and Bates, *Plffs Attys.*

H. Adams for defendant, persisted that the statute on this subject should be construed as requiring the plaintiff himself to execute the bond

with one or more sureties.  J. Newland for plaintiff, cited 2 *R. S.*, 575, § 4 ; 4 *Paige*, 273, showing that the plaintiff need not join in the bond·

JEWETT, Justice.—It is not necessary that the plaintiff should himself execute the bond, when he does not, two sufficient sureties must do so.

The motion was disposed of on other points.